UNITED STATES DISTRICT COURT
Middle District of Florida – Tampa Division

LITE SOURCE, INC.

    Plaintiff,

vs.   Case No. 8:05-CV-2355-T-26 MAP

DIAGNOSTIC INSTRUMENT GROUP, INC.

    Defendant.
_____/

## PERMANENT CONSENT INJUNCTION

Before the Court is the Joint Motion for Entry of Permanent Consent Injunction (the "Motion") filed by Plaintiff Lite Source, Inc. ("Lite Source") and Defendant Diagnostic Instrument Group, Inc. ("Diagnostic Instrument"). Upon consideration, it is ORDERED AND ADJUDGED:

1. The Motion is **GRANTED**.

2. This is a civil action for copyright infringement under the copyright laws of the United States (17 U.S.C. §§ 101 et seq.).

3. The Court has jurisdiction under 17 U.S.C. §§ 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

4. Lite Source is a Kentucky corporation with its principal place of business in Louisville, Kentucky. Lite Source, among other things, is a retailer of light bulbs for medical and scientific applications.

5. Defendant Diagnostic Instrument is a seller of used ophthalmic and optical equipment.

6. Lite Source is, and at all relevant times has been, the copyright owner with respect to the photographs which are the subject of a valid Certificate of Copyright Registration issued by the Registrar of Copyrights (the "Copyrighted Photographs"), VA 1-330-115.

7. Diagnostic Instrument, its agents, employees, and all persons in active concert or participation with Diagnostic Instrument, shall cease use of the Copyrighted Photographs on the internet or otherwise, and destroy all copies of the Copyrighted Photographs.

8. This matter is hereby **DISMISSED WITH PREJUDICE**, and the Court reserves jurisdiction to enforce this Permanent Consent Injunction.

Done and Ordered in Tampa, Florida, this ___1___ day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
All counsel of record